**ORIGINAL**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
DEC 3 0 2005
CLERK, U.S. DISTRICT COURT
By _____
       Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT HARRIS BRINSTON, #1141091, | ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | 3:05-CV-1701-B |
| DOUGLAS DRETKE, Director, Texas Department of Criminal Justice, Correctional Institutions Division, Respondents. | ) ) ) ) ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 30th day of Dec., 2005.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE